# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    CRIMINAL NO. 12-20030

v.                        HON. NANCY G. EDMUNDS

D-1 JEFFREY BEASLEY,

    Defendant.

_____/

## STIPULATION AND ORDER FOR RESTITUTION
## TO THE RETIREMENT SYSTEMS OF
## THE CITY OF DETROIT

The United States of America and defendant Jeffrey Beasley agree as follows:

1. Defendant Beasley shall pay restitution to the City of Detroit's Police and Fire Retirement System and General Retirement System in the amount of $400,000.00, pursuant to 18 U.S.C. § 3663A.

2. Having assessed defendant Beasley's ability to pay, defendant Beasley shall pay restitution as follows:

    a. A minimum of $150.00 per month, commencing on the first day of the month following his completion of his sentence of imprisonment and continuing on the first of each month until restitution is paid in full. Payments are considered

delinquent if not made by the 10th of each month. Defendant Beasley may, after being given notice of default, be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612 if payments are not timely.

    b. Defendant Beasley shall make restitution payments to:

> Clerk of the Court
> United States District Court for the
>     Eastern District of Michigan
> Attn: Financial Section
> 231 West Lafayette Blvd.
> Detroit, MI 48226

    c. Defendant Beasley shall include, with his payment to the District Court, his name and social security number, and the District Court's docket number assigned to this case (12-CR-20030). The Clerk of the Court shall send this information, along with the payment, to the City of Detroit's two Retirement Systems, with the two Retirement Systems being responsible to split the payment so that each Retirement System receives one-half of each payment.

    d. The Clerk's Office shall send defendant Beasley's restitution payments, along with the information provided by the defendant, to the Retirement Systems at the following address:

2

>Retirement System – City of Detroit
>One Detroit Center
>500 Woodward, Suite 3000
>Detroit, MI 48226

> e. Defendant Beasley's monthly restitution amount may be adjusted by motion made with the court in accordance with 18 U.S.C. § 3664(k). Defendant Beasley is obligated to report to the United States and the Court any material change in his economic circumstances, pursuant to 18 U.S.C. § 3664(k).

3. Defendant Beasley shall notify the Clerk of the Court at the address above, and the United States Attorney's Office, Financial Litigation Unit, 211 West Fort Street, Suite 2001, Detroit, MI 48226, of:

> a. Any change of name and residence or mailing address; and

> b. Any material change in economic circumstances that affects his ability to pay restitution.

4. With regard to determining whether a material change in economic circumstances has occurred, the United States and defendant Beasley agree that any future employment following the service of his sentence of incarceration wherein his annual income from such employment is less than $100,000, shall not constitute a material change in economic circumstances for purposes of his responsibility pursuant to 18 U.S.C. § 3664(k).

5. In order to ensure that defendant Beasley is able to pay restitution to the Retirement Systems of the City of Detroit, defendant Beasley is hereby restrained and enjoined from dissipating, disposing of, encumbering, or otherwise diminishing the value of any assets in which defendant Beasley currently has an interest without first obtaining the permission of the United States Probation Office and providing notice to the United States.  The United States may take all steps it deems appropriate to obtain a lien on the defendant's assets and may provide a copy of this order to any person or entity holding assets of the defendant, and may take any other steps provided by law to preserve the availability of property to satisfy the defendant's restitution obligation.

6. Nothing in this stipulation limits the rights of the United States to enforce the collection of the balance due at any time, including, but not limited to, the offset of any future federal tax refunds or the garnishing the defendant's state income tax refunds.

 **IT IS SO STIPULATED**.

**s/DAVID A. GARDEY**
**DAVID A. GARDEY**
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Phone: 313-226-9591

<u>**s/ MICHAEL REX with consent**</u>
**MICHAEL REX**
Attorney for Jeffrey Beasley
1760 S. Telegraph Rd. Ste. 300
Bloomfield Hills, MI 48302
Telephone: 248-335-5000

Dated: January 29, 2016


**IT IS SO ORDERED.**


                                                  <u>s/ Nancy G. Edmunds</u>
                                                  Hon. Nancy G. Edmunds
Entered:<u>February 5, 2016</u>        United States District Judge